No. 564.  DURIRON CO., INC. *v.* STEPHENSON ET AL. Sup. Ct. Alaska.  Certiorari denied.  *P. Eugene Smith, Laidler B. Mackall* and *John E. Nolan, Jr.,* for petitioner. *Theodore Stevens* for respondent Stephenson.

No. 607.  ANDREWS *v.* UNITED STATES;
No. 703.  POSTELL ET AL. *v.* UNITED STATES;
No. 706.  ANDREWS ET AL. *v.* UNITED STATES; and
No. 707.  OWENS ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  *Jacob Kossman* for petitioner in No. 607.  *Thomas D. Hirschfeld* for petitioners in No. 703.  *Walter S. Houston* and *Eugene Smith* for petitioners in No. 706.  Petitioners *pro se* in No. 707.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Daniel H. Benson* for the United States.  Reported below: 347 F. 2d 207.

No. 615.  DIETZ *v.* CITY OF TOLEDO.  Sup. Ct. Ohio. Certiorari denied.  *Merritt W. Green II* for petitioner. *John A. DeVictor, Jr.,* and *John J. Burkhart* for respondent.

No. 620.  LUROS ET AL. *v.* HANSON, U. S. DISTRICT JUDGE, ET AL.  C. A. 8th Cir.  Certiorari denied.  *Stanley Fleishman* and *Sam Rosenwein* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for respondents.

No. 621.  HILL *v.* UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.  *James O. Hewitt* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Roberts* and *Joseph M. Howard* for the United States et al.